Submitted by:
Fred Hickman (# 124406)
  fhickman@afrct.com
Scott T. Reigle (# 288515)
  sreigle@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Telephone:  (626) 535-1900
Facsimile:  (626) 577-7764

Attorneys for Plaintiff
JOHN J. RASMUSSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. RASMUSSEN,<br><br>          Plaintiff,<br><br>     v.<br><br>DUBLIN RARITIES, a corporation; CENTURION COLLECTABLES, INC., a corporation; ANTHONY SALIBA, an individual; ROBERT DINARDO, an individual; RONALD WITT, an individual; and DOES 1-25,<br><br>          Defendants. | CASE NO.:  4:14-CV-01534<br><br>[The Honorable Phyllis J. Hamilton]<br><br>**ORDER FOR PUBLICATION OF SUMMONS AS TO ROBERT DINARDO AND CENTURION COLLECTABLES, INC.** |

    IT IS ORDERED that the service of the summons and complaint in this action be made upon defendants **ROBERT DINARDO** and **CENTURION COLLECTABLES, INC.** by publication thereof in a newspaper of general circulation published at **Suffolk County, New York** and that said publication be made at least once a week, for four successive weeks, under Cal. Code of Civil Procedure § 415.50.

1   IT IS FURTHER ORDERED that a copy of said summons and complaint in this action
2   be forthwith deposited with the United States Post Office, postage prepaid, directed to the
3   defendants, if either defendants' address is ascertained before expiration of the time prescribed
4   for the publication of this summons. A declaration of this mailing, or of the fact that the address
5   was not ascertained, must be filed at the expiration of the time prescribed for the publication.

7   Dated: November 7, 2014



_____
Phyllis J. Hamilton, Judge