UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN J. RASMUSSEN,

    Plaintiff,

    v.

DUBLIN RARITIES, et al.,

    Defendants.

_____/

No. C 14-1534 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment against defendants Ronald Witt, Anthony Saliba, and Dublin Rarities.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED**.

Dated:  December 3, 2014

                                                        _____
                                                         PHYLLIS J. HAMILTON
                                                         United States District Judge

cc:  MagRef, Assigned M/J