UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN J. RASMUSSEN,

    Plaintiff,

    v.

DUBLIN RARITIES, et al.,

    Defendants.

_____/

No. C 14-1534 PJH

**JUDGMENT**

    The court having granted the motion for default judgment filed by plaintiff John Rasmussen, and having further entered default judgment against Robert DiNardo and Centurion Collectibles,

    It is Ordered and Adjudged

    that defendants Dublin Rarities, Centurion Collectibles, Inc., Anthony Saliba, Robert DiNardo, and Ronald Witt pay to plaintiff actual, compensatory damages in the amount of $434,450.00, along with prejudgment interest in the amount of $163,708.70, for a total of $598,158.70, plus the costs of suit.

    **IT IS SO ORDERED**.

Dated: February 27, 2015

                                                        _____
                                                         PHYLLIS J. HAMILTON
                                                         United States District Judge